IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

REBECCA G. POE                                                                             Plaintiff

v.                                                         Civil Action No. 4:05CV266-GHD-EMB

THE COMMISSIONER OF
SOCIAL SECURITY                                                                         Defendant

### FINAL JUDGMENT REVERSING AND REMANDING CASE

Consistent with the Opinion issued this day, the decision of the Commissioner of Social Security is hereby **REVERSED** in part, and the case is **REMANDED** for further proceedings not inconsistent with the Opinion of the Court.

**SO ORDERED** this 29th day of March, 2007.

                                                                    /s/   Glen H. Davidson
                                                                         CHIEF JUDGE